IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00384-PAB-NYW | Date: November 20, 2015 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ALEXANDER JAY RUBIN, M.D., | *Marilee E. Langhoff* |
| | *Thomas Leroy Roberts* |
| **Plaintiff,** | |
| v. | |
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel. M. Gabriel McFarland appears on behalf of Mr. Hunt for defendant.

Discussion and argument held on Plaintiff's Motion for Leave to Amend Complaint to Include Prayer for Punitive Damages [38] filed October 13, 2015.

For the reasons stated on the record, it is

**ORDERED:   Plaintiff's Motion for Leave to Amend Complaint to Include Prayer for Punitive Damages [38] is GRANTED. The clerk of the court is directed to accept the Amended Complaint and Jury Demand [38-6] for filing.**

Court in Recess: 10:47 p.m.          Hearing concluded.          Total time in Court:   00:47

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.