## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00384-PAB-NYW

ALEXANDER JAY RUBIN, M.D.,

      Plaintiff,

v.

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

      Defendant.

---

## ORDER SETTING FINAL PRETRIAL CONFERENCE

---

IT IS ORDERED that a Final Pretrial Conference is set for **February 18, 2016 at 9:30 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due **seven (7) days** prior to the Final Pretrial Conference. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: December 18, 2015

                        BY THE COURT:

                        s/Nina Y. Wang_____
                        United States Magistrate Judge